UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 9 2009

Clerk, U.S. District and
Bankruptcy Courts

Jerome Julius Brown , )
)
Plaintiff, )
)
v. )  Civil Action No.  **09 1409**
)
Howard County Police Dep't et al., )
)
Defendants. )

## MEMORANDUM OPINION

The plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint.

Plaintiff, who lists a Maryland address on the complaint, has filed a complaint against a defendants with Maryland addresses. The complaint appears to consist of only one page, with a more than twenty pages of attachments, which appear to relate to a civil action, *Brown v. Nolan,* Civil Action No. 08-2969 (WDQ) that plaintiff filed in the United States District Court for the District of Maryland in 2008. The complaint does indicate how or if the attachments are related to this complaint. While the first line of the complaint mentions "the Civil Rights Act 42 U.S.C. § 1983," it alleges no wrong-doing by the named defendants who are not mentioned in the complaint except in the caption. Compl. at 1. The complaint does not allege facts that suggest any cause of action. *Id.* While the complaint mentions a fine of $10,000 in relation to "both defendants," that reference is made in relation to a criminal provision, 18 U.S.C. § 1001. *Id.*

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, the Complaint fails to comply with Rule 8(a). Neither the defendants nor the Court can determine the basis of this Court's jurisdiction, the nature of plaintiff's claim, or the relief plaintiff seeks. Accordingly, the Court will dismiss the complaint without prejudice.

A separate order accompanies this memorandum opinion.

Date: 7/24/09

Royce C. Lamberth
United States District Judge